(94 South. 922)

STATE ex rel. SHEPHERD v. BOARD OF REVENUE OF SHELBY COUNTY. (7 Div. 322.) (Supreme Court of Alabama. Jan. 12, 1923.) Appeal from Circuit Court, Shelby County; W. L. Longshore, Judge. W. W. Wallace, of Columbiana, for appellant. Longshore, Koenig & Longshore, of Columbiana, for appellees.

PER CURIAM. Appeal dismissed.

(93 South. 924)

STATE ex rel. SMITH, Atty. Gen., v. MITCHELL, Sheriff of Lauderdale County. (8 Div. 312.) (Supreme Court of Alabama. July 14, 1921.) J. Q. Smith, Atty. Gen., Harwell G. Davis, Atty. Gen., and Horace C. Wilkinson, Sp. Asst. Atty. Gen., for petitioner. Simpson & Simpson, of Florence, and James J. Mayfield, of Montgomery, opposed.

PER CURIAM. Original petition to the Supreme Court by the State of Alabama, on the relation of its Attorney General, for the impeachment of George W. Mitchell, as sheriff of Lauderdale county, Ala. The court finds the defendant guilty of corruption in office, and he is removed from the office of sheriff of Lauderdale county, Ala.

(93 South. 924)

TAYLOR v. TAYLOR. (4 Div. 993.) (Supreme Court of Alabama. June 6, 1922.) Appeal from Circuit Court, Covington County; Arthur B. Foster, Judge.

PER CURIAM. Appeal dismissed.

(94 South. 922)

THOMAS v. JOHNSON. (4 Div. 7.) (Supreme Court of Alabama. Nov. 2, 1922.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge. Transferred from Court of Appeals. James J. Mayfield, of Montgomery, for appellant. Frank B. Bricken, of Luverne, for appellee.

SOMERVILLE, J. The testimony was sufficient, if believed by the trial court, to sustain the judgment for plaintiff. Newly discovered evidence will not warrant the granting of a new trial, in the absence of any explanation by appellant of his failure to produce it on the trial, or of any showing whatever of diligence in the premises. W. Va. Land Co. v. May, 166 Ala. 127, 52 South. 315; McLeod v. Shelly, etc., Co., 108 Ala. 81, 19 South. 326. Affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

(94 South. 923)

TUTWILER v. TUTWILER. (6 Div. 463.) (Supreme Court of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(94 South. 923)

WALLACE v. STATE. (1 Div. 249.) (Supreme Court of Alabama. Nov. 23, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

SOMERVILLE, J. The appeal in this case is on the record proper, without bill of exceptions. An examination of the record discloses no error or irregularity in the trial in the court below, and the judgment will be affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

(94 South. 923)

WASHINGTON v. STATE. (1 Div. 244.) (Supreme Court of Alabama. Nov. 23, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. A. G. Bolton, of Mobile, and A. G. Smith, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

McCLELLAN, J. The appellant was adjudged guilty of rape, and his punishment fixed at 25 years' imprisonment. The appeal is on the record; no bill of exceptions being taken. There is no error in the record. The judgment is affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(94 South. 923)

WILSON v. STATE. (6 Div. 729.) Supreme Court of Alabama. Nov. 30, 1922.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge.

PER CURIAM. Appeal dismissed by appellant.

(93 South. 924)

Ex parte WINDOM. (7 Div. 318.) (Supreme Court of Alabama. May 11, 1922.) Certiorari to Court of Appeals. Baker & Baker, of Ft. Payne, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of John Windom for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of Windom v. State, 18 Ala. App. 430, 93 South. 79. Writ denied.